# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Rodney Green,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv15/3:04cr223

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2011 Order.

Signed: January 25, 2011

Frank G. Johns, Clerk
United States District Court